IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISABEL O. FITZPATRICK, | ) | No. C 07-3660 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| TINA HORNBBECK, Warden, | ) | |
| Respondent. | ) | |

    The court has dismissed the instant habeas action without prejudice for petitioner's failure to pay the filing fee or file a completed in forma pauperis application. A judgment of dismissal without prejudice is hereby entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 10/29/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1  This is to certify that on __11/6/2007_____, a copy of this ruling was mailed to the following:

2

3  Isabel O. Fitzpatrick
   27097850 C.414
4  Eloy Detention Center
   1705 East Hanna Road
5  Eloy, AZ  85231

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.rmw\hc.07\Fitzpatrick660jud            2