

TES DISTRICT COURT

STRICT OF CALIFORNIA

No. C 07-3660 RMW (PR)

JUDGMENT

...as action without prejudice for petitioner's ...n forma pauperis application. A judgment .. The clerk shall close the file.

...LD M. WHYTE
. States District Judge

27
28

Judgment
P:\pro-se\sj.rmw\hc.07\Fitzpatrick660jud    1