NC

11-18-07

Attn: U.S. District Court
Clerks Office

**Filed**
NOV 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

My name is Isabel O. Fitzpatrick. I currently have a case pending in your courts: Case #5:07-CV-03660-RMW. I was recently detained at the Eloy Detention Center in Arizona, but, have now been released. I am currently residing in Spain. Any new or updated information regarding my case could you please forward to me at my new address

ISABEL O. FITZPATRICK
ROMERIA DE VALME No. 14
FUENTE DEL REY
DOS HERMANAS   C-41700
SEVILLA,
    SPAIN

Thank you,
Isabel Fitzpatrick